PHILOMENA TRANCE et al., Respondents, v. GAETANO CACCAVALE et al., Appellants.— Order denying defendants' motion for summary judgment in an action to recover damages, based upon alleged fraud and conspiracy, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

SAMUEL B. WEINGRAD, Respondent, v. JACOB GERSTEIN, Appellant.— Action to recover on a check. Order denying defendant's motion for a change of venue from Nassau County to New York County, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

### (March 24, 1948.)

In the Matter of SAMUEL R. SCIALABBA, Appellant, Suing in Behalf of Himself and in Behalf of GLADYS R. AXELROD, Similarly Situated, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In view of the fact that this was a proceeding to validate rather than invalidate the petition herein, proper notice was given under the order to show cause, in compliance with section 335 of the Election Law. Order reversed on the law, without costs, and the matter remitted to the Special Term for further proceedings. Lewis, P. J., Carswell, Adel and Wenzel, JJ., concur.

### (March 29, 1948.)

In the Matter of the Application of CHARLES M. SABELLA for Admission to the Bar.— Application denied. Present — Lewis, P. J., Carswell, Adel and Wenzel, JJ.

ITALIAN COOK OIL CORP., Appellant, v. ALAN PORTER LEE, INC., Respondent.— Plaintiff, a domestic corporation, brought an action against defendant, also a domestic corporation, and another, for breach of a contract entered into in New York. Defendants' answer was a general denial. Thereafter the corporate defendant commenced an action in New Jersey in connection with the same contract. Plaintiff then commenced an independent action (the present action) to restrain the corporate defendant from prosecuting the New Jersey action. Plaintiff's motion for an injunction *pendente lite* was denied. Plaintiff appeals. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post*, p. 973.]

In the Matter of the Probate of the Will of PATRICK MCTIERNAN, Deceased. EDWARD J. MCTIERNAN et al., Respondents; EDWARD P. MCTIERNAN, Appellant.— In a proceeding for the probate of a will, order of the Surrogate's Court, Suffolk County, directing the appellant to serve a further bill of particulars, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.